UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------- X
NATALIE OKTEN, on behalf of herself and : 
those similarly situated, :
: Case No.:
                      Plaintiff, :
:
   v. :
:
R.T.R. FINANCIAL SERVICES, INC.; and :
JOHN DOES 1 to 10, :
:
                    Defendants.
------------------------------------------------------------- X

## NOTICE OF REMOVAL

**COMES NOW** Defendant, R.T.R. Financial Services, Inc., ("Defendant"), and for Removal of the above-styled cause to this Court, respectfully state:

1. On or about April 19, 2022, an action was commenced against Defendant in the Superior Court of New Jersey, Essex County – Law Division entitled *Natalie Okten, on behalf of herself and those similarly situated v. R.T.R. Financial Services, Inc; and John Does 1 to 10*, under Docket No.: ESX-L-2346-22. A copy of the Summons and Class Action Complaint therein was served on Defendant on May 3, 2022.

2. This Notice of Removal is being filed within 30 days of the date upon which Defendant received a copy of the Plaintiff's Summons and Class Action Complaint pursuant to § 303 of the Limited Liability Company Law.

3. A true and accurate copy of the Summons and Class Action Complaint in this case is attached hereto as Exhibit A.

4. Plaintiff's Class Action Complaint alleges that Plaintiff is an individual residing in New Jersey.

5. Defendant, R.T.R. Financial Services, Inc. is a company with its principal place of business in Staten Island, New York.

6. The Summons and Class Action Complaint alleges the action is brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. As such, this Court has Federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

7. This case is a civil action which may be removed to this Court by Defendant under the provisions of 28 U.S.C. §§ 1331 and 1441, in that Plaintiff alleges the controversy arises under 15 U.S.C. § 1692.

8. Concurrently, Defendant has provided written notice of this Notice of Removal to Plaintiff's counsel, filing a copy with the Superior Court of New Jersey, Essex County – Law Division as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant prays that the Court assume jurisdiction of this cause and proceed with it to completion, and to enter such orders and judgments as may be necessary to protect its jurisdiction or as justice may require.

Dated:  May 18, 2022

THE SALVO LAW FIRM, P.C.

By:   /s/ Cindy D. Salvo  
      CINDY D. SALVO

185 Fairfield Ave, Suite 3C/3D  
West Caldwell, New Jersey 07006  
(973) 226-2220  
(973) 900-8800 (fax)  
*csalvo@salvolawfirm.com*

Attorneys for Defendant,  
R.T.R. Financial Services, Inc.